UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: 10/10/24

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: DIANE DiTIZII

DEPUTY CLERK: AMY ANDERSONN

PROBATION OFFICER:  Michelle Siedzik

Docket No. 24-cr-388(MCA)

 Title of Case: U.S.A. v. WENDELL BRADLEY, JR.

Appearances:          Aaron Webman AUSA, for the Government
                      Pasquale Giannetta, Esq., for defendant Bradley

**Nature of Proceedings:**   Sentencing
Conference held.
Defendant present.
Sentence: 160 months incarceration.  This term consists of 76 months on each of Counts 1,2,3 to
be served concurrently and a term of 84 months on Count 4, to be served consecutively to all
other Counts.
Supervised Release: 3 years.  This term consists of 3 years on each of Counts 1,2,3,4 all to be
served concurrently.
Special Conditions:
   1.  Drug testing/treatment
   2.  Consent to search
   3.  Financial disclosure
   4.  New debt restrictions
   5.  Mental health treatment
   6.  Motor vehicle compliance
   7.  Supporting dependents
Special Assessment: $400.00
Fine: waived.
Defendant advised of right to appeal.
The Court recommends the BRAVE program and that defendant not be sent to the same facility
as related case: Joseph Brown cr. 24-326.
Ordered continued detention.

Time Commenced 1:40 p.m.                    Time Adjourned: 2:25 p.m.

*Amy Andersonn*
_____

Amy Andersonn, Deputy Clerk